## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STACEY C. WEATHERS,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC;<br><br>Defendants. | Case No. 1:20-cv-06445<br><br>Honorable Judge Manish S. Shah |

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Stacey C. Weathers ("Plaintiff"), by and through her attorney, having filed with this Court her Notice of Voluntary Dismissal with Prejudice against Verizon Wireless Services, LLC only and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that Plaintiff's claims against Verizon Wireless Services, LLC only are hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: _____

_____

Judge, U.S. District Court